ELLIOT COBB, Respondent, *v.* UNITED ENGINEERING AND CONTRACTING COMPANY, Appellant.

*Cobb* v. *United Engineering & Contrg. Co.*, 135 App. Div. 921, affirmed.
(Argued May 17, 1911; decided June 6, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action by plaintiff to recover for the loss of his wife's services occasioned by injuries alleged to have been received by her through the negligence of defendant.

*John Vernou Bouvier, Jr., Stephen P. Anderton, Dudley Davis* and *Frank V. Johnson* for appellant.

*Benjamin Slade, Maxwell Slade* and *David Slade* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN; WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.